FJN
F.# 2022R00295

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE SEIZURE OF A
BOEING 737-7JU AIRCRAFT, BEARING
TAIL NUMBER RA-73455 (FORMERLY OE-
IRF) AND MANUFACTURER SERIAL
NUMBER 38855

- - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

Docket No. 23-MJ-174

 

     Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Francisco J. Navarro, for an order unsealing the above-captioned matter, including the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of an Application for a Seizure Warrant.

     WHEREFORE, it is ordered that the above-captioned matter, including the Warrant to Seize Property Subject to Forfeiture, and the Affidavit in Support of an Application for a Seizure Warrant be unsealed.

Dated:    Brooklyn, New York
        March 8, 2023

Hon. Ramon E. Reyes, Jr.
Digitally signed by Hon. Ramon E. Reyes, Jr.
Date: 2023.03.08 15:48:20 -05'00'
_____
HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK